DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 3:98-CV-0072(JKS) |
| Plaintiff, ) | (CONSOLIDATED) |
| ) | |
| v. ) | |
| ) | |
| 191.07 Acres of Land, more or ) | MOTION OF THE UNITED |
| less, situated in the Denali ) | STATES FOR ENLARGEMENT |
| Borough, State of Alaska, and ) | OF TIME (UNOPPOSED) |
| Milan Martinek, ) | |
| ) | |
| Defendants. ) | |

The United States moves the Court for an order granting the parties an enlargement of time of two weeks from November 13, 2006, to and including November 27, 2007, in which to file the reports and memorandum required by the Order (Docket Entry No. 348) filed September 15, 2006.

In support of the above motion the United States shows:

1. On September 1, 2006, the Court of Appeals entered an Order in *United States v. 191.07 Acres of Land*, No. 04-35131, remanding that action for limited proceedings in this Court. This court entered its Order (Docket Entry No. 348) filed September 15, 2006, requiring the parties to file a report and memorandum setting forth their agreements and positions regarding the matter

remanded to this Court. That report is due to be filed on November 13, 2006.

    2. Undersigned counsel for the United States has since September 1, 2006, required to devote substantial amounts of his time to other matters including before this court the supplemental briefing ordered by the Court in *National Audubon Society et al v. Dirk Kempthorne et al.*, No. 1:05-cv-00008-JKS, involving a proposed lease sale in the National Petroleum Reserve - Alaska; the briefing for the United States pursuant to a previously established schedule in *Katie John et al v. United States et al.*, No. 3:06-cv-00006-HRH, *consolidated with*, *State of Alaska v. Dirk Kempthorne et al.*, No. 3:06-cv-00158-HRH, on the State's claims that the Federal agencies have improperly and unlawfully designated the waters that are public lands for purposes of the Federal subsistence use priority set froth in 16 U.S.C. §§ 3113-3114, and consulting with the client agency and preparing the answer also due on November 13, 2006, in *Ninilchik Traditional Counsel et al. v. Michael R. Fleagle et al.*, No. 3:06-cv-00213-HRH, setting forth claims regarding requests for a Federal subsistence fishery on the Kenai Peninsula. Therefore, undersigned counsel has been unable to devote sufficient time to the report required in this action.

    3. Counsel for Mr. Martinek, Mr. Lawrence Albert, prepared a draft report for this case, and has shared it with undersigned counsel. Undersigned counsel has given Mr. Albert a partial response and suggestion for that report, but has requested that an additional two weeks is needed by the United States for completion of and approval, including by personnel within the

Department of Justice in Washington, D.C., of that report. Counsel for Mr. Martinek has authorized the United States to represent that Mr. Martinek will not oppose a request for two enlargement of time, but Mr. Martinek will oppose any further enlargement of time for this purpose.

   DATED this 13th day of November, 2006.

>/s/ Dean K. Dunsmore
>DEAN K. DUNSMORE
>DEPARTMENT OF JUSTICE
>Environment & Natural Resources Division
>801 B Street, Suite 504
>Anchorage, Alaska 99501-3657
>Telephone:(907)271-5452
>Facsimile: (907)271-5827
>Email: dean.dunsmore@usdoj.gov
>
>Attorney for the United States

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on the 13th day of November, 2006 a copy of the foregoing DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED) and Proposed ORDER were served by First Class Mail, postage prepaid on:

Lawrence V. Albert
Arthur E. Neuman


/s/ Dean K. Dunsmore
DEAN K. DUNSMORE