DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 3:98-CV-0072 (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| 191.07 Acres of Land, more or ) | |
| less, situated in the Denali ) | ORDER |
| Borough, State of Alaska, and ) | |
| Milan Martinek, ) | |
| ) | |
| Defendants. ) | |

   IT IS HEREBY ORDERED that the Motion of United States for Enlargement of Time (Unopposed) filed November 13, 2006, is granted, and the parties are granted an enlargement of time of two weeks from November 13, 2006, to and including November 27, 2007, in which to file the reports and memorandum required by the Order (Docket Entry No. 348) filed September 15, 2006.

   Dated this _____ day of _____, 2006.


                                   _____
                                   JAMES K. SINGLETON, Jr.
                                   United States District Judge

```
3:98-cv-0072, US v. 191.07 Acres of Land
ORDER                                    -2-
```