IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) NO. 3:98-CV-0072 (JKS) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| 191.07 Acres of Land, more or ) | |
| less, situated in the Denali ) ORDER | |
| Borough, State of Alaska, and ) | |
| Milan Martinek, ) | |
| ) | |
| Defendants. ) | |
| ) | |

    IT IS HEREBY ORDERED that the Motion of United States for Enlargement of Time (Unopposed) filed November 13, 2006, is granted, and the parties are granted an enlargement of time of two weeks from November 13, 2006, to and including November 27, 2007, in which to file the reports and memorandum required by the Order (Docket Entry No. 348) filed September 15, 2006.

    Dated this 14th day of November 2006.

                                                        /s/James K. Singleton, Jr.
                                                        JAMES K. SINGLETON, JR.
                                                        United States District Judge