Lawrence V. Albert
Attorney at Law
P. O. Box 200934
Anchorage, Alaska 99520
Tel: (907) 243-2172

Arthur E. Neuman
Law Offices
3201 New Mexico Ave, N.W. Ste. 247
Washington, D.C. 20016-2756

Co-Counsel for Milan Martinek and
191.07 Acres of Land, More or Less

**RECEIVED**
NOV 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 191.07 ACRES OF LAND, *et al*, ) <br> ) <br> Defendants. ) <br> ) | Case No. A98-0072 CV (JKS) <br> (Consolidated) <br><br><br><br><br> **DEFENDANTS' NOTICE OF** <br> **ERRATUM IN JOINT STATUS** <br> **REPORT (DOCKET 351)** |

Defendants Milan Martinek and 191.07 Acres of Land hereby notice the court of an erratum in the Joint Status Report to the Court in Response to Ninth Circuit Remand Re: Stipulated Dates of Taking (Docket 351, filed Nov. 27, 2006).

The erratum lies in the last sentence to paragraph two, page seven, of the Joint Status Report. This paragraph discusses the United States Supreme Court's decision in *Kirby Forest Industries v. United States*, 467 U.S. 1 (1984). Upon reflection, Martinek considers the last sentence to be erroneous as a matter of law and should be stricken.

LAWRENCE V. ALBERT
Attorney at Law
P. O. Box 200934
Anchorage, Alaska 99520
Fax: (907) 243-5476
(907) 243-2172

1

This part of the report reflects Martinek's views only. Martinek discussed *Kirby* because that case involved review of stipulated date of taking. Martinek declines to elaborate on date of valuation versus date of appropriation in takings jurisprudence unless so requested by the court.

DATED at Anchorage, Alaska, this 28th day of November 2006.

> LAWRENCE V. ALBERT
> Attorney at Law
> Co-Counsel for defendants Milan Martinek
> and 191.07 Acres of Land
>
> */s/ Lawrence V. Albert*
>
> ARTHUR E. NEUMAN
> Law Office of Arthur E. Neuman
> Co-Counsel for defendants Milan Martinek
> and 191.07 Acres of Land
>
> */s/ Lawrence V. Albert*
> By: Lawrence V. Albert

I HEREBY CERTIFY that on the 28th day of November, 2006, I caused to be served via U.S. First Class Mail, postage prepaid, a copy of the foregoing upon the following:

Dean K. Dunsmore, Esq.
U.S. Dept. of Justice, Env't & Nat. Res. Division
801 "B" Street, Ste. 504
Anchorage, Alaska 99501-3657

*/s/ Lawrence V. Albert*
Lawrence V. Albert

LAWRENCE V. ALBERT
Attorney at Law
P. O. Box 200934
Anchorage, Alaska 99520
Fax: (907) 243-5476
(907) 243-2172